SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701
Tel.: (702) 304-0432
Fax:  (702) 922-3851

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>GAMINGLAPTOPS, an entity of unknown origin and nature; TAYLOR HAWES, an individual,<br><br>Defendants. | Case No.: 2:10-cv-01841-PMP-GWF<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Righthaven LLC ("Righthaven") filed a Complaint (Docket No.: 1) on October 20, 2010, for copyright infringement against Taylor Hawes ("Mr. Hawes") and Gaminglaptops ("Gaminglaptops"; collectively with Mr. Davis known herein as the "Defendants"). Righthaven and the Defendants have agreed to settle the matter by a written agreement.

1

Therefore, Righthaven hereby voluntarily dismisses this action with prejudice, pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i).

Dated this 18th day of May, 2011.

    SHAWN A. MANGANO, LTD.

    By: <u>Shawn A. Mangano</u>
    SHAWN A. MANGANO, ESQ.
    Nevada Bar No. 6730
    shawn@manganolaw.com
    9960 West Cheyenne Avenue, Suite 170
    Las Vegas, Nevada 89129-7701
    Tel.: (702) 304-0432
    Fax:  (702) 922-3851